The HILSINGER COMPANY,
Plaintiff-Appellee

v.

EYEEGO, LLC, Defendant-Appellant

Optisource International,
Inc., Defendant

2017-1128

United States Court of Appeals,
Federal Circuit.

August 15, 2017

CRAIG M. SCOTT, Hinckley, Allen & Snyder LLP, Providence, RI, argued for plaintiff-appellee. Also represented by CHRISTINE K. BUSH.

THOMAS P. MCNULTY, Lando & Anastasi, LLP, Cambridge, MA, argued for defendant-appellant. Also represented by ERIC P. CARNEVALE; LORI J. SANDMAN, Sandman & Lankford, Daytona Beach, FL.

(Prost, Chief Judge, Bryson and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**